# Court of Appeals
# of the State of Georgia

ATLANTA,___July 17, 2014_____

*The Court of Appeals hereby passes the following order:*

**A14A1345.  CECIL LAMAR SUMMERVILLE v. THE STATE.**

The above appeal was docketed on March 30, 2014. Appellant's brief and enumerations of error were due April 19, 2014. Appellant filed his brief on May 13, 2014.

Court of Appeals Rule 23 (a) states "Appellant's brief, which shall contain as Part 2 an enumeration of errors, shall be filed within 20 days after the appeal is docketed. Failure to file within that time, unless extended upon motion for good cause shown, may result in the dismissal of the appeal, and may subject the offender to contempt. See Rules 7 and 13.  Appellant's motion for extension of time to file brief and enumeration of errors must be filed prior to the date the documents are due or the Court may dismiss the appeal."

Appellant failed to comply with this Court's Rules when he did not file his brief and enumerations of error within 20 days from docketing nor request an extension of time to due so. Therefore, this appeal is hereby DISMISSED. See Court of Appeals Rules 13 and 23 (a).



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta,_07/17/2014_____
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____, *Clerk.*